```
                                              FILED
                                              May 1, 2012
        UNITED STATES DISTRICT COURT          CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
     FOR THE EASTERN DISTRICT OF CALIFORNIA   CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
) CASE NUMBER: 2:12-mj-00108 KJN
Plaintiff, )
v. ) ORDER FOR RELEASE
) OF PERSON IN CUSTODY
GURDEV JOHL, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Gurdev Johl</u>; Case <u>2:12-mj-00108 KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     \_    Release on Personal Recognizance

     \_    Bail Posted in the Sum of _____

     \_    Unsecured Appearance Bond in the amount of <u>$50,000.00</u>; co-signed by defendant's daughter, Jagdeep Gill.

     \_    Appearance Bond with 10% Deposit

     \_    Appearance Bond secured by Real Property

     \_    Corporate Surety Bail Bond

     <u>X</u>    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>5/1/2012</u> at 2:00 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge